UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KERNER, RALLAND J. § Case No. 12-07440
KERNER, SUZANNE P. §
§
Debtor(s) §

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 28, 2012. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          63,902.51

| | |
|---|---:|
| Funds were disbursed in the following amounts: | |
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 37.64 |
| Bank service fees | 1,272.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 62,592.81 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/01/2014 and the deadline for filing governmental claims was 05/01/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,445.13. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,445.13, for a total compensation of $6,445.13.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/29/2015     By: /s/THOMAS E. SPRINGER, TRUSTEE
                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-07440
**Case Name:** KERNER, RALLAND J.
KERNER, SUZANNE P.
**Period Ending:** 10/29/15

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE
**Filed (f) or Converted (c):** 02/28/12 (f)
**§341(a) Meeting Date:** 04/16/12
**Claims Bar Date:** 05/01/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Single-Family Residnece 5N200 Grey Barn Rd. St. Real estate foreclosed upon and due to secodn mortgage forgiveness, there was a surplus. | 400,000.00 | 63,902.51 | | 63,902.51 | FA |
| 2  Cash<br>Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3  Checking, Bank of America, St. Charles, IL<br>Checking, Bank of America, St. Charles, IL | 200.00 | 0.00 | | 0.00 | FA |
| 4  Checking, Chase Bank, St. Charles, Il<br>Checking, Chase Bank, St. Charles, Il | 200.00 | 0.00 | | 0.00 | FA |
| 5  Ordinary contents of 4 bedroom home<br>Ordinary contents of 4 bedroom home | 700.00 | 0.00 | | 0.00 | FA |
| 6  2 Adults<br>2 Adults | 1,000.00 | 0.00 | | 0.00 | FA |
| 7  2001 Jeep Grand Cherokee<br>2001 Jeep Grand Cherokee | 5,500.00 | 0.00 | | 0.00 | FA |
| 8  2006 BMW<br>2006 BMW | 9,500.00 | 0.00 | | 0.00 | FA |
| 8  Assets   Totals (Excluding unknown values) | **$417,110.00** | **$63,902.51** | | **$63,902.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Estate received surplus proceeds from foreclosure sale in excess of $69,000. Attorney for second mortgage company contacted Trustee and explained is claiming a secured interest in proceeds because they failed to file an answer in foreclosure proceeding and were defaulted. Trustee will need to file an adversary proceeding seeking to determine the vailidty, extent and amount of lien.

**Initial Projected Date Of Final Report (TFR):**   December 15, 2015     **Current Projected Date Of Final Report (TFR):**   December 15, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-07440  
**Case Name:** KERNER, RALLAND J.  
KERNER, SUZANNE P.  
**Taxpayer ID #:** **-***0679  
**Period Ending:** 10/29/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********21 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/14 | {1} | KANE COUNTY SHERIFF'S OFFICE | Surplus from Foreclosure | 1110-000 | 63,902.51 | | 63,902.51 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.40 | 63,835.11 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.84 | 63,743.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.77 | 63,648.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.57 | 63,556.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.50 | 63,462.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.35 | 63,368.08 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.18 | 63,276.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.07 | 63,182.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 90.91 | 63,091.92 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 93.79 | 62,998.13 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 93.67 | 62,904.46 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 37.64 | 62,866.82 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.47 | 62,782.35 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 93.37 | 62,688.98 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 62,688.98 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 63,902.51 | 63,902.51 | $0.00 |
| Less: Bank Transfers | 0.00 | 62,688.98 | |
| **Subtotal** | 63,902.51 | 1,213.53 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$63,902.51** | **$1,213.53** | |

{} Asset reference(s)

Printed: 10/29/2015 10:53 AM V.13.25

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-07440  
**Case Name:** KERNER, RALLAND J.  
KERNER, SUZANNE P.  
**Taxpayer ID #:** **-***0679  
**Period Ending:** 10/29/15

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****940866 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 62,688.98 | | 62,688.98 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.17 | 62,592.81 |
| | | | **ACCOUNT TOTALS** | | 62,688.98 | 96.17 | **$62,592.81** |
| | | | Less: Bank Transfers | | 62,688.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 96.17 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$96.17** | |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ********21** | 63,902.51 | 1,213.53 | 0.00 |
| **Checking # ****940866** | 0.00 | 96.17 | 62,592.81 |
| | **$63,902.51** | **$1,309.70** | **$62,592.81** |

{} Asset reference(s)                                              Printed: 10/29/2015 10:53 AM   V.13.25

# E X H I B I T  C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** May 1, 2014

**Case Number:** 12-07440  
**Debtor Name:** KERNER, RALLAND J.

Page: 1

**Date:** October 29, 2015  
**Time:** 10:53:11 AM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | THOMAS E. SPRINGER, TRUSTEE<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $6,445.13 | $0.00 | 6,445.13 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Fee for reopening case | $260.00 | $0.00 | 260.00 |
| 200 | Clerk of the US Bankruptcy Court<br>219 S. Dearborn Street<br>Chicago, IL 60604 | Admin Ch. 7 | Adversary filing fee for adversry #15-00381 | $350.00 | $0.00 | 350.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $8,984.00 | $0.00 | 8,984.00 |
| 200 | SPRINGER BROWN, LLC<br>400 S. County Farm Road<br>Suite 330<br>Wheaton, IL 60187 | Admin Ch. 7 | | $83.41 | $0.00 | 83.41 |
| BOND 200 | ARTHUR B. LEVINE COMPANY<br>ADAMS LEVINE<br>60 East 42nd Street, Room 965<br>New York, NY 10165 | Admin Ch. 7 | Bond Payment | $37.64 | $37.64 | 0.00 |
| 1 610 | NORDSTROM FSB<br>P.O. Box 6566<br>Englewood, CO 80155 | Unsecured | | $707.24 | $0.00 | 707.24 |
| 2 610 | Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | (2-1) CREDIT CARD DEBT | $1,987.17 | $0.00 | 1,987.17 |
| 3 610 | Pyod, Llc Its Successors And Assign<br>Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $34,022.67 | $0.00 | 34,022.67 |
| 4 610 | Bank of America, N.A.<br>c/o Lauren Beslow, Esq.; Quarles & Brady<br>300 N. LaSalle Street; Ste. 4000<br>Chicago, IL 60654 | Unsecured | Order entered 9/22/15 approving settlement with creditor and reclassifying claim to timely filed unsecured claim. | $258,045.84 | $0.00 | 258,045.84 |
| **<< Totals >>** | | | | 310,923.10 | 37.64 | 310,885.46 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-07440
Case Name: KERNER, RALLAND J.
Trustee Name: THOMAS E. SPRINGER, TRUSTEE

**Balance on hand:** $ 62,592.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 62,592.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,445.13 | 0.00 | 6,445.13 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,984.00 | 0.00 | 8,984.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 83.41 | 0.00 | 83.41 |
| Charges, U.S. Bankruptcy Court | 610.00 | 0.00 | 610.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 37.64 | 37.64 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 16,122.54
Remaining balance: $ 46,470.27

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 46,470.27

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 46,470.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 294,762.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NORDSTROM FSB | 707.24 | 0.00 | 111.50 |
| 2 | Capital One, N.A. | 1,987.17 | 0.00 | 313.28 |
| 3 | Pyod, Llc Its Successors And Assign | 34,022.67 | 0.00 | 5,363.78 |
| 4 | Bank of America, N.A. | 258,045.84 | 0.00 | 40,681.71 |

Total to be paid for timely general unsecured claims: $ 46,470.27
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**