# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: KERNER, RALLAND J. § Case No. 12-07440
      KERNER, SUZANNE P. §
 §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS E. SPRINGER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
7th Floor
Chicago, IL  60604

    Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/04/2015 in Courtroom 240, United States Courthouse, Old Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed  / /  By: _____

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: KERNER, RALLAND J. § Case No. 12-07440
KERNER, SUZANNE P. §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of*          $      63,902.51

*and approved disbursements of*               $       1,309.70

*leaving a balance on hand of*  [1]           $      62,592.81

**Balance on hand:**                          $      62,592.81

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:  $           0.00
Remaining balance:                      $      62,592.81

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS E. SPRINGER, TRUSTEE | 6,445.13 | 0.00 | 6,445.13 |
| Attorney for Trustee, Fees - SPRINGER BROWN, LLC | 8,984.00 | 0.00 | 8,984.00 |
| Attorney for Trustee, Expenses - SPRINGER BROWN, LLC | 83.41 | 0.00 | 83.41 |
| Charges, U.S. Bankruptcy Court | 610.00 | 0.00 | 610.00 |
| Other Expenses: ARTHUR B. LEVINE COMPANY | 37.64 | 37.64 | 0.00 |

Total to be paid for chapter 7 administration expenses:  $      16,122.54
Remaining balance:                                       $      46,470.27

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:   $    46,470.27

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:   $         0.00
Remaining balance:   $    46,470.27

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 294,762.92 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NORDSTROM FSB | 707.24 | 0.00 | 111.50 |
| 2 | Capital One, N.A. | 1,987.17 | 0.00 | 313.28 |
| 3 | Pyod, Llc Its Successors And Assign | 34,022.67 | 0.00 | 5,363.78 |
| 4 | Bank of America, N.A. | 258,045.84 | 0.00 | 40,681.71 |

Total to be paid for timely general unsecured claims:   $    46,470.27
Remaining balance:   $         0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $   0.00
Remaining balance:   $   0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $   0.00
Remaining balance:   $   0.00

Prepared By:   /s/THOMAS E. SPRINGER, TRUSTEE
                         Trustee

THOMAS E. SPRINGER, TRUSTEE
400 S. County Farm Road
Suite 330
Wheaton, IL  60187
(630) 510-0000
tspringer@springerbrown.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                    Case No. 12-07440-DRC
Ralland J. Kerner                                         Chapter 7
Suzanne P. Kerner
        Debtors
                            CERTIFICATE OF NOTICE
District/off: 0752-1        User: pseamann             Page 1 of 2        Date Rcvd: Nov 12, 2015
                            Form ID: pdf006            Total Noticed: 21


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 14, 2015.
db           +Ralland J. Kerner,    5N200 Grey Barn Rd.,    Saint Charles, IL 60175-6260
jdb         #+Suzanne P. Kerner,    5N200 Grey Barn Rd.,    Saint Charles, IL 60175-6260
18543477      Allied Interstate,    % JP Morgan Chase,    POB 6123,    Carol Stream, IL 60197-6123
18543478      Bank of America,    POB 660807,   Dallas, TX 75266-0807
18543479      Bank of America,    POB 851001,   Dallas, TX 75285-1001
22317350     +Bank of America, N.A.,    c/o Lauren Beslow, Esq.,     Quarles & Brady LLP,
               300 N. LaSalle Street, Suite 4000,    Chicago, IL 60654-5427
18543480      Bank of America, NA,    POB 30750,   Los Angeles, CA 90030-0750
21772944      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18543481      Central DuPage Hospital,    0N025 Winfield Rd.,    Winfield, IL 60190-1295
18543482      Chase,   Cardmember Service,    POB 15153,    Wilmington, DE 19886-5153
18543483     +Citi Cards,    Processing Center,   Des Moines, IA 50363-0001
18543484      Comcast Cable,    POB 3001,   Southeastern, PA 19398-3001
18543485      HSBC Retail Services,    % Best Buy,   POB 17298,    Baltimore, MD 21297-1298
18543488      Merchants' Credit Guide Co.,    % Central DuPage Hospital,     233 W. Jackson Blvd., #400,
               Chicago, IL 60606
18543489     +NCB Management Services Inc.,    % Bank of America,    POB 7876,    Madison, WI 53707-7876
18543491      Wells Fargo Home Mortgage,    POB 5296,    Carol Stream, IL 60197-5296

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18543486      E-mail/Text: bnckohlsnotices@becket-lee.com Nov 13 2015 02:58:24      Kohl's,
               Bill Payment Center,    POB 2983,   Milwaukee, WI 53201-2983
18543487      E-mail/PDF: gecsedi@recoverycorp.com Nov 13 2015 03:15:27      Lowe's/GECRB,    POB 530914,
               Atlanta, GA 30353-0914
18543490      E-mail/Text: bnc@nordstrom.com Nov 13 2015 02:58:36      Nordstrom Bank,    POB 79134,
               Phoenix, AZ 85062-9134
21473104     +E-mail/Text: bnc@nordstrom.com Nov 13 2015 02:58:36      Nordstrom fsb,    P.O. Box 6566,
               Englewood, CO 80155-6566
21853368     +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 13 2015 03:15:44
               PYOD, LLC its successors and assigns as assignee,     of Citibank (South Dakota), N.A.,
               Resurgent Capital Services,    PO Box 19008,   Greenville, SC 29602-9008
                                                                                              TOTAL: 5

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             The Law firm of Springer Brown LLC
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2015                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 10, 2015 at the address(es) listed below:
          Carl F. Safanda, Esq   on behalf of Joint Debtor Suzanne P. Kerner rsafanda@xnet.com
          Carl F. Safanda, Esq   on behalf of Debtor Ralland J. Kerner rsafanda@xnet.com
          Gloria C Tsotsos   on behalf of Creditor    Wells Fargo Bank, NA nd-two@il.cslegal.com
          Joseph D Kern   on behalf of Defendant    BANK OF AMERICA jkern@winston.com
          Joshua D. Greene   on behalf of Trustee Thomas E Springer jgreene@springerbrown.com,
           iprice@springerbrown.com;jkrafcisin@springerbrown.com
          Joshua D. Greene   on behalf of Plaintiff Thomas E Springer jgreene@springerbrown.com,
           iprice@springerbrown.com;jkrafcisin@springerbrown.com
          Lauren N. Beslow   on behalf of Defendant    BANK OF AMERICA Lauren.Beslow@quarles.com,
           Faye.Feinstein@quarles.com
```

```
District/off: 0752-1          User: pseamann            Page 2 of 2         Date Rcvd: Nov 12, 2015
                              Form ID: pdf006           Total Noticed: 21
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Lauren N. Beslow    on behalf of Creditor    Bank of America, N.A. Lauren.Beslow@quarles.com, Faye.Feinstein@quarles.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Terri M Long    on behalf of Defendant    BANK OF AMERICA tmlong@tmlong.com, Courts@tmlong.com
          Thomas E Springer    on behalf of Trustee Thomas E Springer tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com
          Thomas E Springer    tspringer@springerbrown.com, tspringer@ecf.epiqsystems.com;jkrafcisin@springerbrown.com;IL85@ecfcbis.com;iprice@springerbrown.com
          TOTAL: 12