## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: KERNER, RALLAND J. | § Case No. 12-07440 |
| KERNER, SUZANNE P. | § |
| | § |
| Debtor(s) | § |

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

THOMAS E. SPRINGER, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $17,110.00                           Assets Exempt: $9,000.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $46,470.27            Claims Discharged
                                                        Without Payment: $248,292.65

Total Expenses of Administration: $17,432.24

---

3) Total gross receipts of $ 63,902.51 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $63,902.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 17,432.24 | 17,432.24 | 17,432.24 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 294,762.92 | 294,762.92 | 46,470.27 |
| **TOTAL DISBURSEMENTS** | $0.00 | $312,195.16 | $312,195.16 | $63,902.51 |

4) This case was originally filed under Chapter 7 on February 28, 2012. The case was pending for 49 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/01/2016          By: /s/THOMAS E. SPRINGER, TRUSTEE
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Single-Family Residnece 5N200 Grey Barn Rd. St. | 1110-000 | 63,902.51 |
| **TOTAL GROSS RECEIPTS** | | **$63,902.51** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS E. SPRINGER, TRUSTEE | 2100-000 | N/A | 6,445.13 | 6,445.13 | 6,445.13 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| Clerk of the US Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| SPRINGER BROWN, LLC | 3110-000 | N/A | 8,984.00 | 8,984.00 | 8,984.00 |
| SPRINGER BROWN, LLC | 3120-000 | N/A | 83.41 | 83.41 | 83.41 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 37.64 | 37.64 | 37.64 |
| ASSOCIATED BANK | 2600-000 | N/A | 67.40 | 67.40 | 67.40 |
| ASSOCIATED BANK | 2600-000 | N/A | 91.84 | 91.84 | 91.84 |
| ASSOCIATED BANK | 2600-000 | N/A | 94.77 | 94.77 | 94.77 |
| ASSOCIATED BANK | 2600-000 | N/A | 91.57 | 91.57 | 91.57 |
| ASSOCIATED BANK | 2600-000 | N/A | 94.50 | 94.50 | 94.50 |
| ASSOCIATED BANK | 2600-000 | N/A | 94.35 | 94.35 | 94.35 |
| ASSOCIATED BANK | 2600-000 | N/A | 91.18 | 91.18 | 91.18 |
| ASSOCIATED BANK | 2600-000 | N/A | 94.07 | 94.07 | 94.07 |
| ASSOCIATED BANK | 2600-000 | N/A | 90.91 | 90.91 | 90.91 |
| ASSOCIATED BANK | 2600-000 | N/A | 93.79 | 93.79 | 93.79 |
| ASSOCIATED BANK | 2600-000 | N/A | 93.67 | 93.67 | 93.67 |
| ASSOCIATED BANK | 2600-000 | N/A | 84.47 | 84.47 | 84.47 |
| Rabobank, N.A. | 2600-000 | N/A | 96.17 | 96.17 | 96.17 |
| ASSOCIATED BANK | 2600-000 | N/A | 93.37 | 93.37 | 93.37 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $17,432.24 | $17,432.24 | $17,432.24 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | NORDSTROM FSB | 7100-000 | N/A | 707.24 | 707.24 | 111.50 |
| 2 | Capital One, N.A. | 7100-000 | N/A | 1,987.17 | 1,987.17 | 313.28 |
| 3 | Pyod, Llc Its Successors And Assign | 7100-000 | N/A | 34,022.67 | 34,022.67 | 5,363.78 |
| 4 | Bank of America, N.A. | 7100-000 | N/A | 258,045.84 | 258,045.84 | 40,681.71 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $294,762.92 | $294,762.92 | $46,470.27 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-07440  
**Case Name:** KERNER, RALLAND J.  
KERNER, SUZANNE P.  
**Period Ending:** 04/01/16

**Trustee:** (330640) THOMAS E. SPRINGER, TRUSTEE  
**Filed (f) or Converted (c):** 02/28/12 (f)  
**§341(a) Meeting Date:** 04/16/12  
**Claims Bar Date:** 05/01/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single-Family Residnece 5N200 Grey Barn Rd. St. Real estate foreclosed upon and due to secodn mortgage forgiveness, there was a surplus. | 400,000.00 | 63,902.51 | | 63,902.51 | FA |
| 2 | Cash<br>Cash | 10.00 | 0.00 | | 0.00 | FA |
| 3 | Checking, Bank of America, St. Charles, IL<br>Checking, Bank of America, St. Charles, IL | 200.00 | 0.00 | | 0.00 | FA |
| 4 | Checking, Chase Bank, St. Charles, Il<br>Checking, Chase Bank, St. Charles, Il | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Ordinary contents of 4 bedroom home<br>Ordinary contents of 4 bedroom home | 700.00 | 0.00 | | 0.00 | FA |
| 6 | 2 Adults<br>2 Adults | 1,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2001 Jeep Grand Cherokee<br>2001 Jeep Grand Cherokee | 5,500.00 | 0.00 | | 0.00 | FA |
| 8 | 2006 BMW<br>2006 BMW | 9,500.00 | 0.00 | | 0.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | **$417,110.00** | **$63,902.51** | | **$63,902.51** | **$0.00** |

**Major Activities Affecting Case Closing:**

Estate received surplus proceeds from foreclosure sale in excess of $69,000. Attorney for second mortgage company contacted Trustee and explained is claiming a secured interest in proceeds because they failed to file an answer in foreclosure proceeding and were defaulted. Trustee will need to file an adversary proceeding seeking to determine the vailidty, extent and amount of lien.

**Initial Projected Date Of Final Report (TFR):**    December 15, 2015         **Current Projected Date Of Final Report (TFR):**    October 29, 2015  (Actual)

Printed: 04/01/2016 12:13 PM    V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 12-07440  
**Case Name:** KERNER, RALLAND J.  
KERNER, SUZANNE P.  
**Taxpayer ID #:** **-***0679  
**Period Ending:** 04/01/16  

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** ASSOCIATED BANK  
**Account:** ********21 - CHECKING ACCOUNT  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 03/07/14 | {1} | KANE COUNTY SHERIFF'S OFFICE | Surplus from Foreclosure | 1110-000 | 63,902.51 | | 63,902.51 |
| 04/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 67.40 | 63,835.11 |
| 05/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.84 | 63,743.27 |
| 06/06/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.77 | 63,648.50 |
| 07/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.57 | 63,556.93 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.50 | 63,462.43 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.35 | 63,368.08 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 91.18 | 63,276.90 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 94.07 | 63,182.83 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 90.91 | 63,091.92 |
| 01/08/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 93.79 | 62,998.13 |
| 02/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 93.67 | 62,904.46 |
| 02/27/15 | 1000 | ARTHUR B. LEVINE COMPANY | Bond Payment | 2300-000 | | 37.64 | 62,866.82 |
| 03/06/15 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 84.47 | 62,782.35 |
| 04/10/15 | | ASSOCIATED BANK | Bank and Technology Services Fees | 2600-000 | | 93.37 | 62,688.98 |
| 04/10/15 | | ASSOCIATED BANK | Transfer to Rabobank, N.A. | 9999-000 | | 62,688.98 | 0.00 |
| | | | ACCOUNT TOTALS | | 63,902.51 | 63,902.51 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 62,688.98 | |
| | | | **Subtotal** | | 63,902.51 | 1,213.53 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$63,902.51** | **$1,213.53** | |

{} Asset reference(s)

Printed: 04/01/2016 12:13 PM    V.13.25

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 12-07440  
**Case Name:** KERNER, RALLAND J.  
KERNER, SUZANNE P.  
**Taxpayer ID #:** **-***0679  
**Period Ending:** 04/01/16

**Trustee:** THOMAS E. SPRINGER, TRUSTEE (330640)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****940866 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/10/15 | | Rabobank, N.A. | Transfer from ASSOCIATED BANK | 9999-000 | 62,688.98 | | 62,688.98 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 96.17 | 62,592.81 |
| 12/29/15 | 10101 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 350.00 | 62,242.81 |
| 12/29/15 | 10102 | Clerk of the US Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 260.00 | 61,982.81 |
| 12/29/15 | 10103 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $8,984.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 8,984.00 | 52,998.81 |
| 12/29/15 | 10104 | SPRINGER BROWN, LLC | Dividend paid 100.00% on $83.41, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 83.41 | 52,915.40 |
| 12/29/15 | 10105 | THOMAS E. SPRINGER, TRUSTEE | Dividend paid 100.00% on $6,445.13, Trustee Compensation; Reference: | 2100-000 | | 6,445.13 | 46,470.27 |
| 12/29/15 | 10106 | NORDSTROM FSB | Dividend paid 15.76% on $707.24; Claim# 1; Filed: $707.24; Reference: | 7100-000 | | 111.50 | 46,358.77 |
| 12/29/15 | 10107 | Capital One, N.A. | Dividend paid 15.76% on $1,987.17; Claim# 2; Filed: $1,987.17; Reference: | 7100-000 | | 313.28 | 46,045.49 |
| 12/29/15 | 10108 | Pyod, Llc Its Successors And Assign | Dividend paid 15.76% on $34,022.67; Claim# 3; Filed: $34,022.67; Reference: | 7100-000 | | 5,363.78 | 40,681.71 |
| 12/29/15 | 10109 | Bank of America, N.A. | Dividend paid 15.76% on $258,045.84; Claim# 4; Filed: $258,045.84; Reference: | 7100-000 | | 40,681.71 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 62,688.98 | 62,688.98 | $0.00 |
| | | | Less: Bank Transfers | | 62,688.98 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 62,688.98 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $62,688.98 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ********21 | 63,902.51 | 1,213.53 | 0.00 |
| Checking # ****940866 | 0.00 | 62,688.98 | 0.00 |
| | $63,902.51 | $63,902.51 | $0.00 |

{} Asset reference(s)

Printed: 04/01/2016 12:13 PM   V.13.25